UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:17-cv-2421-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| PETER KAMPA, et al., | |
| Defendants. | |

On November 16, 2017, plaintiff, proceeding without counsel, filed this action in the Sacramento division of this district. (ECF No. 1.)

Upon further review of the record, it appears that plaintiff resides in the City of Hornbrook in Siskiyou County, California. Therefore, the proper intra-district venue for this action is the Redding division of this court. See E.D. Cal. L.R. 120 & Appendix A(l). The undersigned will therefore direct that the action be reassigned to Magistrate Judge Craig M. Kellison in the Redding division for purposes of all appropriate pre-trial proceedings and other magistrate judge duties in this case. See E.D. Cal. L.R. 120(f) ("Whenever in any action the Court finds upon its own motion...that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District"). However, because all parties have not consented to proceed before a

magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c), and there is no district judge in the Redding division, the case shall otherwise remain assigned to Judge Troy L. Nunley.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall REASSIGN the action to Magistrate Judge Craig M. Kellison in the Redding division of this district for purposes of all appropriate pre-trial proceedings and other magistrate judge duties, and shall appropriately re-designate the case.

2. The action shall remain assigned to Judge Troy L. Nunley as district judge for all other purposes.

Dated: November 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE