# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:17-CV-2421-TLN-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PETER KAMPA, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are defendants' motions to dismiss and to strike (ECF Nos. 24, 25, and 26). Good cause appearing therefor, the scheduling conference set for June 26, 2019, is vacated pending resolution of defendants' motions.

      IT IS SO ORDERED.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1