IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:17-CV-2421-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| PETER KAMPA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motions (ECF Nos. 35 and 37) for a 60-day extension of time to file responses to defendants' motions, currently set for hearing before the undersigned on June 12, 2019, at 10:00 a.m., in Redding, California. Good cause appearing therefore, plaintiff's motions are construed as a request for a continuance of the June 12, 2019, hearing pursuant to Eastern District of California Local Rule 230(f) and, so construed, plaintiff's motions are granted in part. The hearing on defendants' motions is continued to July 10, 2019, at 10:00 a.m., before the undersigned in

/ / /

/ / /

/ / /

/ / /

1

Redding, California. Plaintiff's oppositions are due within the time provided by Local Rule 230(c).

IT IS SO ORDERED.

Dated: June 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE