# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:17-CV-2421-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| PETER KAMPA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion, the hearing on defendants' motions (ECF Nos. 24, 25, 26, and 39) is continued to September 11, 2019, at 10:00 a.m. before the undersigned in Redding, California. Counsels' request for telephonic appearance (ECF No. 52) will be addressed separately.

IT IS SO ORDERED.

Dated: August 6, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1