# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER KAMPA, et al.,<br><br>    Defendants. | No. 2:17-CV-2421-TLN-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are counsels' requests for telephonic appearance (ECF Nos. 52 and 54). Good cause appearing therefor, the requests are granted. Counsel may arrange for telephonic appearances at the hearing set for September 11, 2019, at 10:00 a.m., before the undersigned in Redding, California, through CourtCall.

      IT IS SO ORDERED.

Dated: September 6, 2019

                                              DENNIS M. COTA<br>                                              UNITED STATES MAGISTRATE JUDGE