# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GIFFORD,

    Plaintiff,

v.

PETER KAMPA, et al.,

    Defendants.

No. 2:17-CV-2421-TLN-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are defendants' motions to dismiss (ECF Nos. 24 and 25) and defendants Winston's motions to strike (ECF No. 25) and for an order requiring plaintiff to post security (ECF No. 26). All motions are set for hearing before the undersigned in Redding, California, on September 11, 2019, at 10:00 a.m.

On August 19, 2019, plaintiff filed a statement waiving oral argument on all motions except defendant Winston's motion to strike. Because such motions have been fully briefed and because plaintiff has waived the opportunity to challenge the motions to dismiss and motion for an order requiring plaintiff to post security at the hearing, the court finds oral argument on such motions unnecessary. Pursuant to Eastern District of California Local Rule 230(g), defendants' motions to dismiss and defendant Winston's motion for an order requiring plaintiff to post security are, therefore, submitted on the briefs without oral argument. The

1

hearing in this matter set for September 11, 2019, shall be limited to arguments related to defendant Winston's motion to strike.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE