# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER KAMPA, et al.,<br><br>    Defendants. | No. 2:17-CV-2421-TLN-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 76, for reconsideration of findings and recommendations issued on March 25, 2021. On the Court's own motion, the hearing set for June 16, 2021, before the undersigned in Redding, California, at 10:00 a.m., is vacated. The Court will address Plaintiff's motion by separate order.

       IT IS SO ORDERED.

Dated: June 4, 2021

                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE