**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER KAMPA, et al.,<br><br>　　　　　Defendants. | No. 2:17-CV-2421-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's motions, ECF Nos. 72, 73, and 74, for an extension of time to file objections to the Court's March 25, 2021, findings and recommendations. Good cause appearing therefor, Plaintiff's motions are granted. Plaintiff has filed a "Motion for Reconsideration" of the March 25, 2021, findings and recommendations, ECF No. 76, which the Court construes as timely objections thereto. The Clerk of the Court is directed to terminate ECF No. 76 as a pending motion and to re-docket the filing as Plaintiff's objections to the March 25, 2021, findings and recommendations.

　　　　　IT IS SO ORDERED.

Dated: September 7, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE