# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>                    Plaintiff,<br><br>         v.<br><br>PETER KAMPA, et al.,<br><br>                    Defendants. | No.  2:17-CV-2421-TLN-DMC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. Due to a conflict in the Court's schedule, the hearing on Defendants' motion to dismiss, ECF No. 86, is continued to February 16, 2022, at 10:00 a.m., before the undersigned in Redding California.

IT IS SO ORDERED.

Dated:  January 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1