IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER KAMPA, et al.,<br><br>  Defendants. | No. 2:17-CV-2421-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's motions, ECF Nos. 89 and 90, for an extension of time to file an opposition to Defendants' pending motion to dismiss. Good cause appearing therefor, Plaintiff's motions are granted. Plaintiff's opposition to Defendants' motion to dismiss is due by March 30, 2022. Defendants' reply is due by April 6, 2022. The hearing on Defendants' motion to dismiss is continued from February 16, 2022, to April 13, 2022, at 10:00 a.m., before the undersigned in Redding, California.

IT IS SO ORDERED.

Dated: February 4, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1