# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GIFFORD,

        Plaintiff,

   v.

PETER KAMPA, et al.,

        Defendants.

No. 2:17-CV-2421-TLN-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' motion to dismiss. See ECF No. 86. The matter has been set for hearing before the undersigned in Redding, California, on April 13, 2022, at 10:00 a.m. See ECF No. 91. Plaintiff has filed his opposition brief. See ECF No. 92. Plaintiff has also filed a statement indicating that he does not believe oral argument is necessary. See ECF No. 93.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for April 13, 2022, is hereby taken off calendar and the matter will be submitted on the record and briefs without oral argument upon completion of briefing. Pursuant to the Court's February 7, 2022, order, Defendants' reply remains due by April 6, 2022.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE