**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SBN 169551
RYAN MATTHEWS, SBN 311674
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
HORNBROOK COMMUNITY SERVICES DISTRICT, PETER KAMPA, ROBERT PUCKETT, SR., MELISSA TULLEDO, JULIE BOWLES, CLINT DINGMAN, PATRICIA SLOTE, KEVIN DIXON and ERNEST GOFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, REDDING DIVISION

| | |
|---|---|
| ROGER GIFFORD,<br><br>  Plaintiff,<br><br>  vs.<br><br>PETER KAMPA; ROBERT PUCKETT, SR.; PATRICIA SLOTE; MELISSA TULLEDO; ROBERT WINSTON; JULIE BOWLES; CLINT DINGHAM; ERNEST GOFF; KEVIN DIXON; HORNBROOK COMMUNITY SERVICES (A.K.A "HCSD"); HORNBROOK COMMUNITY BIBLE CHURCH, INC. (A.K.A. "HCBC"); STEVEN CRITTENDEN; DUKE MARTIN; JAMES SOARES; AND JOHN DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. 2:17-CV-02421-TLN-DMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT APRIL 13, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM FOR RELIEF**<br><br>Date:     April 13, 2022<br>Time:    10:00 a.m.<br>Crtrm.:   304, 3rd Floor |

Ryan L. Matthews, counsel for Defendants, HORNBROOK COMMUNITY SERVICES DISTRICT, PETER KAMPA, ROBERT PUCKETT, SR., MELISSA TULLEDO, JULIE BOWLES, CLINT DINGMAN, PATRICIA SLOTE, KEVIN DIXON and ERNEST GOFF, respectfully requests authorization to appear via telephone at the hearing scheduled on April 13, 2022 at 10:00 a.m. in Courtroom 304 on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

In light of COVID-19 restrictions, Defendants' counsel respectfully requests that the Court allow a telephonic appearance at the hearing on Defendants' Motion.

1  DATED: April 7, 2022         LEWIS BRISBOIS BISGAARD & SMITH LLP
2
3                                By:  */s/ Ryan Matthews*
4                                     Ryan Matthews
                                      Attorneys for Defendants,
5                                     HORNBROOK COMMUNITY SERVICES
                                      DISTRICT, PETER KAMPA, ROBERT
6                                     PUCKETT, SR., MELISSA TULLEDO, JULIE
                                      BOWLES, CLINT DINGMAN, PATRICIA
7                                     SLOTE, KEVIN DIXON and ERNEST GOFF
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FEDERAL COURT PROOF OF SERVICE**
*Roger Gifford v. Peter Kampa, et al.*
2:17-CV-02421-TLN-DMC

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **April 7, 2022**, I served the following document(s):

**REQUEST TO APPEAR TELEPHONICALLY AT APRIL 13, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM FOR RELIEF**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Roger Gifford<br>15226 Hornbrook Road<br>Hornbrook, CA 96044 | ***In Pro Per***<br><br>T:  530-340-1395<br>E-Mail: gunsnhorses@yahoo.com |
|---|---|

The documents were served by the following means:

☒ **(BY U.S. MAIL)** I caused the enclosed documents to be sealed in an envelope or package addressed to the persons at the addresses listed above and:

☒ I caused the envelope to be placed for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Jason J. Sommer<br>Christina M. Nugent<br>Hansen, Kohls, Sommer & Jacob, LLP<br>1520 Eureka Road, Suite 100<br>Roseville, CA 95661 | ***Attorneys for Defendant***<br>***ROBERT WINTSTON***<br><br>Tel.: 916-781-2550<br>Fax: 916-781-5339<br>Email: jsommer@hansenkohls.com<br>Email: cnugent@hansenkohls.com |
|---|---|

The documents were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.



1
REQUEST TO APPEAR TELEPHONICALLY

1  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **April 7, 2022**, at Sacramento, California.

                                         */s/Roxy A. Chipak*
                                         Roxy A. Chipak



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

REQUEST TO APPEAR TELEPHONICALLY