IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER KAMPA, et al.,<br><br>    Defendants. | No. 2:17-CV-2421-TLN-DMC<br><br><br>ORDER |

    Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' request, ECF No. 97, to appear telephonically at a hearing on April 13, 2022, on Defendants' motion to dismiss. Defendants' request is denied as unnecessary. On March 22, 2022, the Court issued an order stating that, upon completion of briefing, Defendants' motion to dismiss would stand submitted on the record without oral argument. A review of the docket reflects that briefing has been completed. Accordingly, Defendants' motion to dismiss stands submitted and will be addressed by separate findings and recommendations.

    IT IS SO ORDERED.

Dated:  April 12, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE