Roger Gifford, Pro Se
15226 Hornbrook Rd.
Hornbrook, CA 96044
530-340-1395



FILED

SEP - 9 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Roger Gifford,                              ) Case No: 2:17-cv-02421-TLN-DMC
                                            )
            Plaintiff,                      ) MOTION FOR ADMINISTRATIVE RELIEF
      vs.                                   )
                                            ) REQUEST EXTENSION OF TIME TO FILE
                                            ) OBJECTIONS TO FINDINGS AND
Peter Kampa, et al,                         ) RECOMMENDATIONS OF MAGISTRATE
                                            ) JUDGE (ECF #99)
            Defendants,                     )
                                            ) (L.R. 233; Rule 6(a).)
                                            )
                                            )

    Plaintiff Roger Gifford, pursuant to L.R. 233, and FRCivP Rule 6(a), does hereby submit his Administrative Motion for a Request for an extension of time of 60 days in which to file objections to the Findings and Recommendations of Magistrate Judge Dennis M. Cota, issued in this matter on August 30, 2022 as ECF #99 ("F&Rs") concerning Plaintiff's Second Amended Complaint ("SAC"), ECF #85.

    Good cause exists here because the Findings and Recommendations have ordered Plaintiff's complaint be dismissed (with prejudice), and so Plaintiff must, per the Magistrate's instructions, produce proper, thorough, and complete objections in order to preserve issues on appeal, and Plaintiff will need to undertake extensive research and writing to obey those instructions.

    Ultimately, such research and writing of the objections is a substantial undertaking that Plaintiff wishes to carefully research and apply himself to, while no prejudice could possibly apply to any party from a delay in preparing and filing objections due to the nature of the conclusion of the Findings and Recommendations.

    The Jackson County Law Library, which is the only law library within 100 miles of Plaintiff's residence, lies some 45 miles away, in Medford, Oregon, while Plaintiff resides in Hornbrook, California. These two places are separated by the highest point on Interstate 5, at

over 4000', which means there are often issues with slow and/or closed lanes of traffic, etc - even during decent weather, due to the high maintenance needs of that stretch of freeway, and indeed, the freeway is currently under large stretches of closure to single lane areas due to repair of guardrails and other maintenance. Additionally Plaintiff must schedule time specifically to access the law library, and also to use public library and printing facilities for general document preparation, and due to the current heat waves sweeping the region, this is made more difficult, since such public spaces are doing double-duty as "cooling shelters" in addition to their normal functions.

The current due date for Plaintiff's objections is September 14, 2022 (ECF #99, p.25). Plaintiff respectfully requests that the Court grant him an extension of 60 days from the date of filing and service of an order approving a continuance in which to serve and submit his Objections to ECF #28.

9/5/2022
Date

Roger Gifford, Plaintiff Pro Se

## PROOF OF SERVICE BY MAIL
## CERTIFICATION OF SERVICE BY MAIL

I, Roger Gifford, the undersigned Plaintiff in this matter, do hereby affirm that I served the foregoing documents by US Mail upon the appearing parties via their attorney at the address below, and on the date listed.

Ryan Matthews
2020 W. El Camino Ave., Ste. 700
Sacramento, CA 95833

September 5th, 2022

Roger Gifford, Plaintiff Pro Se

Admin Motion for Extension of Time to File Objections - 2