IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:17-CV-2421-TLN-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PETER KAMPA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 100, for a 60-day extension of time to file objections to the Court's August 30, 2022, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to the distance between Plaintiff's residence and the nearest law library in Oregon, access to which is currently limited, Plaintiff's motion is granted in part. Plaintiff may file objections within 45 days of the date of this order.

IT IS SO ORDERED.

Dated: September 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1