UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER KAMPA, et al.,<br><br>    Defendants. | No. 2:17-cv-02421-TLN-DMC<br><br>**ORDER** |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

      On August 30, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2022, are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 86) is GRANTED;

3. This action is DISMISSED with prejudice for failure to state a claim upon which relief could be granted; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**Date:  March 27, 2023**

Troy L. Nunley
United States District Judge